UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:99-CR-87 |
| vs. | ) | |
| | ) | |
| AARON SULLIVAN | ) | COLLIER/CARTER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on September 1, 2005, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for Offender Under Supervision of U.S. Probation Officer Sly Hays and the Warrant for Arrest issued by U.S. District Judge Curtis L. Collier. Those present for the hearing included:

(1) AUSA Gregg Sullivan for the USA.
(2) The defendant, AARON SULLIVAN.
(3) Attorney Lafonda Jones for defendant.
(4) U.S. Probation Officer Sly Hays
(5) Deputy Clerk Pam Scott.
(6) Court Reporter Shannan Andrews.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualifies for the appointment of an attorney to represent him at government expense. Attorney Lafonda Jones of Federal Defender Services was appointed to represent the defendant. It was determined the defendant had been provided with a copy of the Petition for a Warrant or Summons for an Offender Under Supervision and the Warrant for Arrest and had the opportunity of reviewing those documents with Atty. Jones. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

The defendant waived his right to a preliminary hearing and detention hearing.

AUSA Sullivan moved the defendant be detained without bail pending his revocation hearing before U.S. District Judge Curtis L. Collier.

1

Findings

(1) Based upon U.S. Probation Officer Sly Hays' petition and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds there is probable cause to believe defendant has committed violations of his conditions of supervised release as alleged in the petition.

Conclusions

It is ORDERED:

(1) The defendant, AARON SULLIVAN, shall be appear in a revocation hearing before U.S. District Judge Curtis L. Collier.

(2) The motion of AUSA Sullivan that defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Collier is GRANTED.

(3) The U.S. Marshal shall transport AARON SULLIVAN to a revocation hearing before Judge Collier on **Friday, October 10, 2005, at 10:00 a.m.**

ENTER.

        s/William B. Mitchell Carter
        UNITED STATES MAGISTRATE JUDGE